IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN JAMES KARPINSKI, | : |
| Plaintiff | : |
| v. | : Case No. 3:21-cv-221-SLH-KAP |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, *et al.*, | : |
| Defendants | : |

Memorandum Order

Plaintiff's motion to compel directed to some of the defendants, ECF no. 77, is denied as untimely. The motion of some of the defendants to extend the time to file a motion for summary judgment, ECF no. 78, is granted to May 13, 2024.

Discovery as to defendant Irwin shall begin when any motion to dismiss is ruled on, *see* ECF no. 74, and completed by July 31, 2024. Motions practice shall be as already set out last October in ECF no. 55, with any motion for summary judgment due on or before August 28, 2024, and the response due on or before September 28, 2024. If no motions are filed, dates for the filing of pretrial statements will be set by separate order.

DATE: May 6, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel by ECF and by U.S. Mail to:

Steven James Karpinski  MX-8476
S.C.I. Huntingdon
1100 Pike Street
Huntingdon, PA 16652